IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joshua Humphries, Esq.
NJ ID 013332008
Keaveney Legal Group
1101 Kings Highway North
Suite G100
Cherry Hill, NJ 08034
Telephone:  856-831-7119
Facsimile:  (856) 282-1090
Attorney for the Debtor(s)

**Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

    Pedro Viera

Debtor(s)

Case No: 18-24470-SLM

Chapter:  Chapter 13

Judge:   Stacey L. Meisel

## LOSS MITIGATION ORDER

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: October 3, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

☒    A Notice of Request for Loss Mitigation was filed by the debtor on <u>August 30, 2018.</u>

☐    A Notice of Request for Loss Mitigation was filed by the creditor, ~~Mr. Cooper~~ on

<u>                                     </u>.

☐    The court raised the issue of Loss Mitigation, and the parties having had notice and an opportunity to object, and the Court having reviewed any objections thereto.

The Request concerns the following:

Property:   <u>272 Kearney Street, Paterson, NJ  07522</u>

Creditor:   <u>Nationstar Mortgage LLC d/b/a Mr. Cooper</u>

☐    It is hereby ORDERED that the Notice of Request for Loss Mitigation is denied.

☒    It is hereby ORDERED that the Notice of Request for Loss Mitigation is granted, and:

- • The debtor and creditor listed above are directed to participate in Loss Mitigation and are bound by the court's *Loss Mitigation Program and Procedures* (LMP).

- • The Loss Mitigation process shall terminate on <u>December 30, 2018</u> (90 days from the date of the  entry of this order, unless extended as set forth in Section IX.B. of the LMP.

- • The debtor must make adequate protection payments to the creditor during the Loss Mitigation Period in the amount set forth in the *Notice and Request for Loss Mitigation*. See Sections V.A.1.a and VII.B. of the LMP.

- • If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if  such a motion is filed during the loss mitigation period, the court may condition the stay upon  compliance by the debtor with the fulfillment of the debtor's obligations under the Loss  Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the  creditor may apply to terminate the Order as specified in Section IX.C of the LMP and to obtain  relief from the stay.

- • Within 14 days of termination of the loss mitigation period, the debtor must file with the court and serve all interested parties, the Local Form, *Loss Mitigation Final Report* as set forth in Section VII.C. of the LMP.

- • Extension of the LMP may be requested as specified in Section IX.B of the LMP.

☒   It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 10 business days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

☐   It is ORDERED that the debtor is excused from use of the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall designate a single point of contact, including the name and contact information of the contact and shall specify to the debtor the forms and documentation the creditor requires to initiate a review of the debtor's loss mitigation options.

- Within 21 days after receipt of the creditor's specifications regarding forms and documentation, the debtor shall provide the requested information.

- Within 10 business days of the debtor's submission, the creditor shall acknowledge receipt of the documentation.

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-24470-SLM
Pedro A. Viera                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Oct 04, 2018
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db             +Pedro A. Viera,    272 Kearney Street,    Paterson, NJ 07522-1922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicing agent for
           Wilmington Trust, National Association, not in its individual capacity but solely as successor
           trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicing agent for Wilmington Trust, National Association, not in its individual capacity but
           solely as successor trustee to Citibank, N.A. as Trustee to L cmecf@sternlav.com
          Joshua Humphries    on behalf of Debtor Pedro A. Viera jhumphries@keaveneylegalgroup.com,
           data@keaveneylegalgroup.com;r46514@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS
           TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS
           TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 9