Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24470−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pedro A. Viera
   272 Kearney Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−6182

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/14/18 at 10:30 AM

to consider and act upon the following:

*19* − Application for Early Termination of Loss Mitigation Period. Filed by Jeanette F. Frankenberg on behalf of Nationstar Mortgage LLC as servicing agent for Wilmington Trust, National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo. Objection deadline is 10/4/2018. (Attachments: # 1 Exhibit A # 2 Certificate of Service # 3 Order) (Frankenberg, Jeanette)

*21* − Objection to Application to Terminate LMP (related document:19 Application for Early Termination of Loss Mitigation Period. Filed by Jeanette F. Frankenberg on behalf of Nationstar Mortgage LLC as servicing agent for Wilmington Trust, National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo. Objection deadline is 10/4/2018. (Attachments: # 1 Exhibit A # 2 Certificate of Service # 3 Order) filed by Creditor Nationstar Mortgage LLC as servicing agent for Wilmington Trust, National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo) filed by Joshua Humphries on behalf of Pedro A. Viera. (Attachments: # 1 Certificate of Service) (Humphries, Joshua)

Dated: 10/8/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court