Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24470−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pedro A. Viera
   272 Kearney Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−6182

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/14/18 at 10:30 AM

to consider and act upon the following:

*19* − Application for Early Termination of Loss Mitigation Period. Filed by Jeanette F. Frankenberg on behalf of Nationstar Mortgage LLC as servicing agent for Wilmington Trust, National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo. Objection deadline is 10/4/2018. (Attachments: # 1 Exhibit A # 2 Certificate of Service # 3 Order) (Frankenberg, Jeanette)

*21* − Objection to Application to Terminate LMP (related document:19 Application for Early Termination of Loss Mitigation Period. Filed by Jeanette F. Frankenberg on behalf of Nationstar Mortgage LLC as servicing agent for Wilmington Trust, National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo. Objection deadline is 10/4/2018. (Attachments: # 1 Exhibit A # 2 Certificate of Service # 3 Order) filed by Creditor Nationstar Mortgage LLC as servicing agent for Wilmington Trust, National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo) filed by Joshua Humphries on behalf of Pedro A. Viera. (Attachments: # 1 Certificate of Service) (Humphries, Joshua)

Dated: 10/8/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24470-SLM
Pedro A. Viera                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Oct 09, 2018
                              Form ID: ntchrgbk        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
```
db              +Pedro A. Viera,    272 Kearney Street,    Paterson, NJ 07522-1922
cr              +Nationstar Mortgage LLC as servicing agent for Wil,    Stern Lavinthal & Frankenberg LLC,
                  105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr              +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
                  105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr              +WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS I,    RAS CITRON, LLC,
                  130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2018 at the address(es) listed below:
```
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicing agent for Wilmington Trust, National Association, not in its individual capacity but
               solely as successor trustee to Citibank, N.A. as Trustee to L cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicing agent for
               Wilmington Trust, National Association, not in its individual capacity but solely as successor
               trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo cmecf@sternlav.com
              Joshua Humphries    on behalf of Debtor Pedro A. Viera  jhumphries@keaveneylegalgroup.com,
               data@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS
               TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS
               TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```