UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Attorneys for Creditor, Nationstar Mortgage LLC as servicing agent for Wilmington
Trust, National Association, not in its individual capacity but solely as successor
trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through
Certificates, Series 2006- 17
By: Jeanette F. Frankenberg, Esq.

In Re:

  Pedro A. Viera

**Order Filed on December 17, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

| | |
|---|---|
| Case No.: | 18-24470-SLM |
| Chapter: | 13 |
| Judge: | Stacey L. Meisel |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 17, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __10/03/2018_____ :

Property: _____272-274 Kearney Street, Paterson, New Jersey 07522_____

Creditor: ___Nationstar Mortgage LLC_____

and a Request for

❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

☑ Early Termination of the Loss Mitigation Period having been filed by __Nationstar Mortgage LLC__, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

as to the date of this Order

The Loss Mitigation Period is terminated, effective _____~~Immediately~~_____ .

*Revised 9/19/13*

2