Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–24470–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Pedro A. Viera
    272 Kearney Street
    Paterson, NJ 07522
Social Security No.:
    xxx–xx–6182
Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/13/19 at 10:00 AM

to consider and act upon the following:

*40* – Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie–Ann Greenberg. Objection deadline is 2/19/2019. (Attachments: # 1 SELL/REFIN DEFAULT–Proposed Dismissal Order) (Greenberg, Marie–Ann)

*42* – Certification in Opposition to Certification in Support of Default (related document:40 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie–Ann Greenberg. Objection deadline is 2/19/2019. (Attachments: # 1 SELL/REFIN DEFAULT–Proposed Dismissal Order) filed by Trustee Marie–Ann Greenberg) filed by Joshua Humphries on behalf of Pedro A. Viera. (Attachments: # 1 Certificate of Service) (Humphries, Joshua)

Dated: 2/19/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court