Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–24470–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pedro A. Viera
   272 Kearney Street
   Paterson, NJ 07522

Social Security No.:
   xxx–xx–6182

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 3, 2018.

On 2/26/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                         March 27, 2019
Time:                          08:30 AM
Location:              Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
        a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
        of a secure claim, such holders acceptance or rejection of the Plan before modification will
        be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
        holders acceptance or rejection of the Plan within the time fixed.

3.      **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
        the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 27, 2019
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-24470-SLM
Pedro A. Viera                                                                  Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Feb 27, 2019
                             Form ID: 185          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2019.
db           +Pedro A. Viera,    272 Kearney Street,    Paterson, NJ 07522-1922
cr           +Nationstar Mortgage LLC as servicing agent for Wil,    Stern Lavinthal & Frankenberg LLC,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr           +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr           +WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS I,    RAS CITRON, LLC,
              130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517653751    +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517653752    +RAS Citron Law Offices,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
517653754    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    PO Box 8026,
              Cedar Rapids, IA 52409)
517689819    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517693756     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
517653755    +Wells Fargo/Bob's Discount Furniture,    Po Box 10438,    Mac F8235-02f,
              Des Moines, IA 50306-0438
517744803    +Wilmington Trust, National Association,    PO Box 619096,    Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2019 00:32:09    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2019 00:32:07    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517653750    +E-mail/PDF: creditonebknotifications@resurgent.com Feb 28 2019 00:47:58    Credit One Bank,
              Attn: Bankruptcy,    PO Box 98873,    Las Vegas, NV 89193-8873
517726393     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2019 00:48:01
              LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
              FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517653753    +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2019 00:50:21    Synchrony Bank,
              Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517655413    +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2019 00:50:24    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517757421    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2019 00:48:03    Verizon,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 7

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517740100*   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517756783*   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicing agent for
          Wilmington Trust, National Association, not in its individual capacity but solely as successor
          trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo cmecf@sternlav.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 27, 2019
                              Form ID: 185             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper as
        servicing agent for Wilmington Trust, National Association, not in its individual capacity but
        solely as successor trustee to Citibank, N.A. as Trustee to L cmecf@sternlav.com
        Joshua  Humphries   on behalf of Debtor Pedro A. Viera jhumphries@keaveneylegalgroup.com,
        jday@keaveneylegalgroup.com;r46514@notify.bestcase.com
        Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
        kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Kevin M. Buttery   on behalf of Creditor   WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS
        INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS
        TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 bkyefile@rasflaw.com
        Laura M. Egerman   on behalf of Creditor   WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS
        INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS
        TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
        rsolarz@kmllawgroup.com
        Sindi  Mncina   on behalf of Creditor   WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS
        INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS
        TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 smncina@rascrane.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                   TOTAL: 11