| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Pedro A. Viera
        DEBTOR
    Francisco A. Viera – Villatoro,
        CO-DEBTOR

Order Filed on March 6, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No:    18-24470 SLM

Chapter: 13

Hearing Date: **February 27, 2019 at 10:00 A.M.**

Judge: Stacey L. Meisel

Recommended Local Form     ☐ Followed     ☐ Modified

# ORDER VACATING STAY & CO-DEBTOR

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 6, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

[Type text]

Upon the motion of Toyota Motor Credit Corporation, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as: **2011 TOYOTA TUNDRAC4X, VIN: 5TFHW5F16BX159615,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*