UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joshua Humphries, Esq.
NJ ID 013332008
Keaveney Legal Group
1000 Maplewood Drive, Suite 202
Maple Shade, NJ  08052
Telephone:  856-831-7119
Facsimile:  (856) 282-1090
Attorney for Debtor(s)



**Order Filed on July 11, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Pedro Viera

Case No.:    18-24470-SLM

Chapter:    13

Judge:    Stacey L. Meisel

# ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 11, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☑ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to ___n/a_____ at _____.

☐ ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

IT IS FURTHER ORDERED that, the debtor must, within 3 days of the date of this Order, file the Proposed Modified Plan on the docket and serve it upon all creditors and parties in interest.  If the Modified Plan is not docketed within 3 days, the case will be dismissed again with no further Notice or hearing.

*rev.8/1/18*