|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on August 4, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Warren Levy, Esq.<br>NJ ID 032181989<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ  08052<br>Telephone:  (856) 831-7119<br>Facsimile:  (856) 282-1090<br>jday@keaveneylegalgroup.com<br>Attorney for Debtor(s) | |
| In Re:<br><br>Pedro A. Viera<br><br><br><br>Debtor(s) | Case No.:  18-24470-SLM<br>Chapter:  13<br>Judge:  Meisel |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 4, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Warren Levy, Esquire_____, the applicant, is allowed a fee of $ _____1,300_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,300_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____Na_____ per month for _____Na_____ months to allow for payment of the above fee.

*rev.8/1/15*