UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.: 18-24470

IN RE:

PEDRO A. VIERA

Adv. No.:

Hearing Date:

Judge:  SLM

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/20/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
PEDRO A. VIERA
272 KEARNEY STREET
PATERSON, NJ  07522
Mode of Service:  Regular Mail

Attorney for Debtor(s):
WARREN D. LEVY, ESQ.
KEAVENEY LEGAL GROUP
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ  08052
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  September 20, 2021

By:  /S/  Jessica Antoine
Jessica Antoine