UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Warren Levy, Esq.
NJ ID 032181989
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (856) 831-7119
Facsimile: (856) 282-1090
atruss@keaveneylegalgroup.com
Attorney for Debtor

In Re:
Pedro A. Viera

Case No.:     18-24470-SLM
Chapter:      13
Hearing Date: _____
Judge:        Stacey L. Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Modified Plan (Doc. No. 131) and Modified Plan (Doc. No. 132)

Date: 10/26/21

/s/ Warren Levy
Signature

*rev.8/1/15*