UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WARREN LEVY, ESQ.
Attorney ID No. 032181989
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (856) 831-7119
Facsimile: (856) 282-1090
Attorney for Debtor
atruss@keaveneylegalgroup.com

In Re:

Pedro A. Viera

Case No.:      18-24470-SLM

Chapter:            13

Hearing Date: _____

Judge:      Stacey L. Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Modified Plan (Doc. No. 123)

_____

Date: 10/26/21                              /s/ Warren Levy
                                            Signature

*rev.8/1/15*