UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Warren Levy, Esq.
NJ Atty. No. 032181989
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (856) 831-7119
Facsimile: (856) 282-1090
Attorney for the Debtor(s)

In Re:

Case No.: _____

Chapter: _____

Judge: _____

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __James DiMaggio__ will be substituted as attorney of record for __Warren Levy__, _____ in this case.[1]

Date: 12/8/2021

_____
Signature of Former Attorney

Date: 12/8/2021

_____
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

| | Case Number | Debtor(s) |
|---|---|---|
| 13 | 2:2017bk29080 | Joyce Ann Rosenberg |
| 13 | 3:2017bk31603 | Mary Keers |
| 13 | 3:2017bk33068 | Bruce A. Stahl |
| 13 | 2:2017bk33099 | Leslie V. Watson |
| 13 | 3:2017bk34304 | Rachel L. Carnivale |
| 13 | 3:2017bk34770 | Harry A. Giunta |
| 13 | 2:2017bk34984 | Vincent J. Binetti |
| 13 | 3:2017bk35780 | Yvonne L. Gandolfo |
| 13 | 3:2018bk11608 | Michael Hill and Tasha M. Hill |
| 13 | 2:2018bk12111 | Shawn Albright |
| 13 | 2:2018bk16979 | Joseph Hartnett and Mary Beth Hartnett |
| 13 | 3:2018bk21619 | Kurt C. Baumgarten and Barbara A. Baumgarten |
| 13 | 1:2018bk22251 | Joseph D. Coleman |
| 13 | 3:2018bk23461 | Piotr Z. Glowacki and Deborah A Glowacki |
| 13 | 3:2018bk23462 | David L. Smith and Laurel Ann P. Smith |
| 13 | 2:2018bk24470 | Pedro A. Viera |
| 13 | 1:2018bk24475 | Brian E. Cobb |
| 13 | 2:2018bk26037 | Douglas G. Rodgers and Grace A. Rodgers |
| 13 | 2:2018bk26530 | Gary Mann |
| 13 | 2:2018bk27431 | Edward Ochoa and Keri L. Theobald-Ochoa |
| 13 | 1:2018bk28267 | Rosetta Shaw |
| 13 | 2:2018bk30014 | Angeline A. Micco |
| 13 | 2:2018bk30668 | Denise A. Mohr |
| 13 | 1:2018bk32066 | Robin D. Williams |
| 13 | 3:2018bk34425 | Steven T. Esemplare |
| 13 | 1:2019bk10008 | Douglas E. Waldron and Patricia L. Waldron |
| 13 | 3:2019bk11430 | Stephen H. McCarthy |
| 13 | 3:2019bk11710 | David A Ruch |
| 13 | 2:2019bk12215 | Brian W. Hamilton and Elizabeth A. Hamilton |
| 13 | 2:2019bk12217 | Herfa Campbell |
| 13 | 3:2019bk14443 | Thomas A. Dieterle, Jr. |
| 13 | 3:2019bk16625 | Michael F. D'Avanzo |
| 13 | 2:2019bk19905 | Omar A. Tano and Maria E. Tano |
| 13 | 1:2019bk21289 | Jennifer L. Hayes-Morris |
| 13 | 1:2019bk25004 | Michael R. Walsh and Pamela J. Walsh |
| 13 | 3:2019bk25096 | Frank J. Romano and Lorraine Romano |
| 13 | 1:2019bk25137 | Jay M. Mastalski |
| 13 | 1:2019bk25680 | Amanda M. Trezza |
| 13 | 3:2019bk27097 | Thomas M. Klugewicz and Amy Klugewicz |
| 13 | 1:2019bk27299 | Ann M. Price-Dobson |
| 13 | 1:2019bk27576 | Francis A. Phelan and Angelina Phelan |
| 13 | 1:2019bk28537 | Chaaz L. Brown |
| 13 | 1:2019bk29960 | Christopher W. Morgan and Alison E. Morgan |
| 13 | 2:2019bk30856 | Anthony P. Iacona, Sr. and Kathleen A. Iacona |
| 13 | 2:2019bk31507 | Judith Baratta |
| 13 | 3:2019bk31508 | Gordon M. Henwood |

| | | |
|---|---|---|
| 13 | 1:2019bk31777 | Christopher M Sink |
| 13 | 1:2019bk31781 | James Thomas Atkins and Robin Lynn Atkins |
| 13 | 1:2019bk32513 | Terethia Lynette Wright |
| 13 | 3:2016bk17899 | Peter J Romanienko and Victoria A Romanienko |
| 13 | 3:2016bk21794 | Scott Howard and Donna Marie Howard |
| 13 | 3:2017bk12920 | Michael W. Graffam |
| 13 | 3:2017bk15160 | William J. Starke |
| 13 | 3:2017bk21572 | Cyril A. Richards, II |
| 13 | 3:2017bk26800 | James P. Lagola, Jr. |
| 13 | 3:2017bk28821 | Margaret Farrell |
| 13 | 1:2021bk17307 | Patrica A. Zarin |
| 7 | 2:2021bk17413 | Ivette Calo |
| 13 | 3:2021bk17490 | Christopher Paul Carroll |
| 7 | 3:2014bk19375 | Angelina Troncoso |
| 13 | 3:2016bk22776 | Gregory Little and Bobby Gail Little |
| 13 | 2:2021bk10523 | Alfonso Delgado, Jr. |
| 13 | 2:2019bk33174 | Reginald W. Harris |
| 13 | 2:2020bk10347 | Nadine V. Dewdney |
| 13 | 1:2020bk11031 | Thomas F. Finn |
| 13 | 2:2018bk14772 | Joann Adase |
| 13 | 1:2020bk12173 | Richard J. Gross |
| 13 | 1:2020bk12190 | Scott A. Roberts, Sr. |
| 13 | 3:2020bk13904 | Nicholas J. Jiorle |
| 13 | 1:2020bk14073 | Kenneth F Rice, Jr and Shirley M. Rice |
| 13 | 1:2020bk15459 | Regina M. Dever |
| 13 | 1:2020bk17925 | James G. Busch |
| 13 | 3:2020bk17687 | Kolu Mama Kromah |
| 13 | 2:2020bk18235 | Jane P. Cudiera |
| 13 | 1:2020bk18243 | Edgar Colon |
| 13 | 1:2020bk19289 | Robert P. Staub and Margaret M. Staub |
| 13 | 3:2020bk19504 | Diane Miller |
| 13 | 3:2020bk19644 | Chalen Thaka Downs |
| 13 | 2:2020bk20015 | William L. Whitehead |
| 7 | 1:2020bk20594 | Winslow Evans and Pamela I Evans |
| 13 | 3:2020bk21557 | Vincent Joseph Brady |
| 7 | 1:2021bk17589 | Mark Zawierucha and Marla P. Forys |
| 13 | 3:2021bk11276 | Michele Mestolo Neto and Anastasia M. Peroustianis |
| 13 | 3:2021bk11577 | Bianca E. Macciola |
| 13 | 1:2021bk11954 | Michael Fantazzia |
| 7 | 1:2021bk12625 | Latrece Bishop |
| 13 | 1:2021bk12780 | Jennifer Hall |
| 13 | 3:2021bk12789 | Jennifer Dede |
| 13 | 3:2021bk12960 | Michael Miksza and Lisa Miksza |
| 13 | 1:2021bk13165 | Maxie Legette, Jr and Terry D. Legette |
| 13 | 3:2021bk13718 | Lauren N. Blinebury |
| 7 | 3:2021bk14349 | Joseph A. Tucker |
| 13 | 3:2019bk20370 | Meggie A. Fasinski |

| | | |
|---|---|---|
| 13 | 3:2021bk14841 | Betty Ann Smith |
| 13 | 1:2021bk14842 | Retha Lindsey |
| 13 | 3:2021bk14895 | Robert Anthony Colon |
| 13 | 3:2021bk16054 | Yolanda Alvarez |
| 13 | 3:2021bk16452 | Stephanie F. Haynes |
| 7 | 2:2021bk16715 | Alfred L Araujio and Cynthia E Jany-Araujio |
| 13 | 3:2021bk16719 | Michael D Josephson and Jessica F Josephson |
| 13 | 1:2021bk16788 | Carmelo A. Ortiz |
| 7 | 3:2021bk17096 | Elaine McHarris |
| 7 | 2:2021bk17124 | Jennifer Frawley |
| 13 | 3:2021bk17278 | Olga Olah |
| 7 | 3:2021bk17719 | Marisol Irene Brandon |
| 13 | 1:2021bk18139 | June Ann Ryan |
| 13 | 3:2021bk18272 | Kyle Kevin Adams |
| 13 | 3:2021bk18323 | Malcolm Thomas Cuff |
| 13 | 2:2021bk18599 | Chaniel A. Chirino |
| 13 | 1:2021bk18890 | James Garcia and Carla E. Garcia |
| 7 | 3:2021bk18882 | Jozsef Gartai |
| 13 | 3:2021bk18967 | Jenna S. LePore |