UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher G. Cassie, Esq.
Keaveney Legal Group, LLC
1000 Maplewood Dr
Suite 202
Maple Shade, NJ 08052
800-219-0939
Fax : 856-282-1090
Email: ccassie@keaveneylegalgroup.com
Attorney for Debtor

| | |
|---|---|
| In Re: | Case No.: ____18-24470-SLM____ |
| Pedro A. Viera | Judge: ____Stacey L. Meisel____ |
| | Chapter: 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by Wilmington Trust National Association not in its individual capacity but solely as successor trustee to Citibank N.A. as trustee to Lehman XS Trust Mortgage Pass-Through Certificates Series 2006-17

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I made a payment of $2,080.03 in December 2023 and $2,080.03 in January 2024. Copies of the payments are attached. In addition, I will make a payment of $179.59 to bring the account current.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: __01/11/2024_____          /s/Pedro A. Viera_____
                                     Debtor's Signature

Date: _____          _____
                                     Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*





