Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24470−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pedro A. Viera
   272 Kearney Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−6182

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/14/24 at 10:00 AM

to consider and act upon the following:

*165* − Creditor's Certification of Default (related document:156 Order (Generic)) filed by Sindi Mncina on behalf of WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS−THROUGH CERTIFICATES SERIES 2006−17. Objection deadline is 01/12/2024. (Attachments: # 1 Exhibit # 2 Certificate of Service # 3 Proposed Order) (Mncina, Sindi)

*167* − Certification in Opposition to (related document:165 Creditor's Certification of Default (related document:156 Order (Generic)) filed by Sindi Mncina on behalf of WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS−THROUGH CERTIFICATES SERIES 2006−17. Objection deadline is 01/12/2024. (Attachments: # 1 Exhibit # 2 Certificate of Service # 3 Proposed Order) filed by Creditor WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS−THROUGH CERTIFICATES SERIES 2006−17) filed by Christopher G. Cassie on behalf of Pedro A. Viera. (Cassie, Christopher)

Dated: 1/17/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court