UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher G. Cassie, Esq.
Keaveney Legal Group, LLC
3747 Church Road, Suite 103
Mount Laurel, NJ 08054
ccassie@keaveneylegalgroup.com

In Re:

Pedro A. Viera

Case No.:  18-24470-SLM

Judge:  Stacey L. Meisel

Chapter:  13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by                    ,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for                          \_, at         \_.

   ☒ Certification of Default filed by    Nationstar Mortgage, LLC   \_,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $                \_, but have not
   been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
Proof of payments attached for 1/22/24, 12/28/25, 1/28/25 and 3/1/25
March payment is being mailed out today

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date:

    3/28/2025

Date: _____

Debtor's Signature
/s/ Pedro A. Viera

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

One Thousand Dollars and 00/100 ************ $1000.00

Pay to: Mr Cooper
Address: P.O. Box 619094
Dallas TX 75261-9094
Memo: [redacted]

From: Pedro Vieba
Address: 277 Kearny St
[Pater]son NJ 07522

Clerk 08

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

**Money Order 1:**
- Date: [redacted] 07/51/21
- Amount: $134.23 — One Hundred Thirty Four Dollars and 23/100
- Clerk: 50
- Pay to: Mr. Cooper
- Address: P.O. Box 619094, Dallas TX 75261-9741
- Memo: AC# [redacted]
- From: Pedro A Vieira
- Address: 272 Kearney St, Paterson NJ 07522

**Money Order 2:**
- Date: 2024-11-22  07/51/21
- Amount: $1000.00 — One Thousand Dollars and 00/100
- Clerk: 50
- Pay to: Mr. Cooper
- Address: P.O. Box 619094, Dallas TX 75261-9741
- Memo: AC# [redacted]
- From: Pedro A Vieira
- Address: 272 Kearney St, Paterson NJ 07522

**Money Order 3:**
- Date: 2024-11-22  07/51/21
- Amount: $1000.00 — One Thousand Dollars and 00/100
- Clerk: 50
- Pay to: Mr. Cooper
- Address: P.O. Box 619094, Dallas TX 75261-9741
- Memo: AC# [redacted]
- From: Pedro A Vieira
- Address: 272 Kearney St, Paterson NJ 07522



One Thousand Dollars and 00/100 ****************

Amount

Clerk 99

Pay to: mr. Cooper
Address: P.O. Box 619094
Dallas TX 75261-9741

From: Pedro A Viera
Address: 272 Kearney St
Paterson NJ 07522

Memo: AC#

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

