
UNITED STATES POSTAL SERVICE
POSTAL MONEY ORDER
Serial Number
[redacted]
Year Month Day 2025-03-28
Post Office 074240
U.S. Dollars and Cents
$1000.00
One Thousand Dollars and 00/100 *****************
Amount
01
Clerk
Pay to Nationstar Mortgage
Address Po. Box 619094
Dallas TX 75261-9741
Memo AC# [redacted]
Address 272 - KeaRNey St
Paterson NJ 07522
ONLY IN THE U.S. AND POSSESSIONS
UNITED STATES POSTAL SERVICE
POSTAL MONEY ORDER
Serial Number
[redacted]
Year Month Day 2025-03-28
Post Office 074240
U.S. Dollars and Cents
$1000.00
One Thousand Dollars and 00/100 *****************
Amount
01
Clerk
Pay to Nationstar Mortgage
Address Po. Box 619094
Dallas TX 75261-9741
Memo AC# [redacted]
Address 272 - KeaRNey St
Paterson NJ 07522
SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
UNITED STATES POSTAL SERVICE
POSTAL MONEY ORDER
Serial Number
[redacted]
Year Month Day 2025-03-28
Post Office 074240
U.S. Dollars and Cents
$134.23
One Hundred Thirty Four Dollars and 23/100 *******
Amount
01
Clerk
Pay to Nationstar Mortgage
Address PO. Box 619094
Dallas TX 75261-9741
Memo AC# [redacted]
Address 272 - KeaRNey St
Paterson NJ 07522
ONLY IN THE U.S. AND POSSESSIONS