UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Pedro A. Viera

Case No.: __18-24470-SLM__

Chapter: __13__

Judge: __Stacey L. Meisel__

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Pedro A. Viera__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __7/8/2025__

/s/ Pedro A. Viera
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18