**James Robertson (1943 – 2019)**
**Everett Anschutz, Esquire (Ret.)**
**David J. Schneid***
**Member of FL Bar**
**John T. Crane***
**Member of GA and TX Bar**
**Sara Z. Boriskin***
**Member of NY Bar**
**Richard Citron***
**Member of NJ, NY, PA Bar**
*****Partner**



13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: 470-321-7112
Fax: 833-310-1332
www.raslegalgroup.com

**Genevieve Johnson***
**Member of GA, SC Bar**
**Keith Yacko**
**Member of MD, VA Bar**
**Crystal Saresky**
**Member of OH, KY, MI Bar**
**Chad Lewis**
**Member of IL Bar**
**Layne Gillespie**
**Member of TN Bar**
**Kimberly Lawson**
**Member of DE Bar**
**Elizabeth Brown**
**Member of NC, SC Bar**

September 10, 2025

The Honorable Stacey L Meisel
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

**RE:   Chapter 13 Bankruptcy**
       **Case No. 18-24470-SLM**
       **Debtor: Pedro A Viera**

Dear Judge Meisel:

    Our office represents Secured Creditor, Nationstar Mortgage LLC, in the above mentioned bankruptcy case. On March 12, 2025, our office filed a Certificate of Default at Doc No. 177. The matter was marked OTBS prior to the scheduled hearing on April 23, 2025. Counsel for Creditor, Nathalie Rodriguez, and Counsel for Debtor, Christopher Cassie, had previously agreed on the terms of a Consent Order to be submitted to Chambers, which unfortunately was never entered.

    On April 22, 2025, counsel for Secured Creditor went on leave, and it was not until her return in July did she learn the Consent Order was not yet docketed. Ms. Rodriguez's first attempt to contact Mr. Cassie was on July 18, 2025, informing him that the Consent Order still needed to be submitted and providing him with updated payment history from Secured Creditor to work on new terms, considering the figures from the April agreement were now stale. A follow-up e-mail was sent on July 29, 2025, August 6, 2025 and a final e-mail on August 8, 2025 advising his office that Secured Creditor had once again provided an updated pay history and attaching the pay history to the e-mail. To date, Ms. Rodriguez has not received a response from Mr. Cassie.

    On September 4, 2025, Trustee, Marie-Ann Greenberg contacted Ms. Rodriguez and Mr. Cassie seeking a status on the Consent Order, since the case was pending a final report. Ms. Rodriguez explained the situation and the attempts taken to submit the Consent Order to Chambers. Since this matter remains unresolved, the Trustee is unable to close out the case or review for a final report or dismissal until this matter is addressed. The Trustee and Ms.

Rodriguez share in the opinion that this matter should be addressed before any further action is taken on the case. Therefore, on behalf of Secured Creditor, it is respectfully requested the Certificate of Default at Doc No. 177 be re-noticed and properly addressed or in the alternative Secured Creditor seeks instruction on how to proceed with addressing the unresolved Certificate of Default.

    Please feel free to contact our office with any questions or concerns.

    Respectfully submitted,
*/s/ Nathalie C Rodriguez*
Nathalie C Rodriguez

NCR
cc: Christopher G. Cassie (Via E-mail / CM/ECF)
    Marie Ann-Greenberg (Via E-mail / CM/ECF)