Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24470−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Pedro A. Viera
  272 Kearney Street
  Paterson, NJ 07522

Social Security No.:
  xxx−xx−6182

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/24/25 at 10:00 AM

to consider and act upon the following:

*188* − Document re: Letter to Judge Meisel (related document:177 Creditor's Certification of Default filed by Creditor Nationstar Mortgage LLC as servicing agent for Wilmington Trust, National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo) filed by Nathalie Rodriguez on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for Wilmington Trust, National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to L. (Rodriguez, Nathalie)

Dated: 9/11/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court