UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Nathalie C Rodriguez, Esq. (435332023)

Order Filed on October 2, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**In Re**:

**Pedro A. Viera,**

    **Debtor.**

Case No.:	18-24470-SLM

Chapter:	13

Hearing Date:	September 24, 2025

Judge:	Judge Stacey L. Meisel

## ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 2, 2025**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

Secured Creditor: Nationstar Mortgage LLC
Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Debtors' Counsel: Christopher Cassie, Esq.
Property Involved ("Collateral"): 272-274 Kearney Street Paterson, New Jersey 07522.

Relief sought:    ■ Certification of Default

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor is overdue for 01 month for September 1, 2025.

    ■ The Debtor is overdue for 01 payment for September 1, 2025 at $2,192.84 per month.

    Funds Held In Suspense ($192.75).

    Total Arrearages Due $2,000.09.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Debtor must cure the arrears of **$2,000.09** on or before **9/30/2025.**

    ■ Beginning on 10/01/2025, regular monthly mortgage payments shall resume in the amount of $2,192.84, or such other amount as may be required by a Fed. R. Bnkr. P. 3002.1 notice.

    ■ Regular monthly payment: Nationstar Mortgage LLC dba Mr. Cooper
    PO Box 650783
    Dallas, TX 75265

4. In the event of Default:

    ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

    ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and

Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5.  Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $200.00.

The fees and costs are payable:

■ To Creditor within 30 days of entry of Order.