| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br>Attorneys for Secured Creditor<br><br>Nathalie C Rodriguez, Esq. (435332023) | Order Filed on October 2, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re**:<br><br>**Pedro A. Viera,**<br><br>    **Debtor.** | Case No.:  18-24470-SLM<br><br>Chapter:  13<br><br>Hearing Date:  September 24, 2025<br><br>Judge:  Judge Stacey L. Meisel |

### ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 2, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

Secured Creditor: <u>Nationstar Mortgage LLC</u>
Secured Creditor's Counsel: <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>
Debtors' Counsel: <u>Christopher Cassie, Esq</u>.
Property Involved ("Collateral"): <u>272-274 Kearney Street Paterson, New Jersey 07522</u>.

Relief sought:    ■ Certification of Default

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor is overdue for <u>01</u> month for <u>September 1, 2025.</u>

    ■ The Debtor is overdue for <u>01</u> payment for <u>September 1, 2025</u> at <u>$2,192.84</u> per month.

    Funds Held In Suspense <u>($192.75).</u>

    Total Arrearages Due <u>$2,000.09</u>.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Debtor must cure the arrears of **<u>$2,000.09</u>** on or before <u>9/30/2025.</u>

    ■ Beginning on <u>10/01/2025</u>, regular monthly mortgage payments shall resume in the amount of <u>$2,192.84</u>, or such other amount as may be required by a Fed. R. Bnkr. P. 3002.1 notice.

    ■ Regular monthly payment: <u>Nationstar Mortgage LLC dba Mr. Cooper</u>
    <u>PO Box 650783</u>
    <u>Dallas, TX 75265</u>

4. In the event of Default:

    ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

    ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and

Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $200.00.

The fees and costs are payable:

■ To Creditor within 30 days of entry of Order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-24470-SLM |
| Pedro A. Viera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pedro A. Viera, 272 Kearney Street, Paterson, NJ 07522-1922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Wilmington Trust  National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Christopher G. Cassie | on behalf of Debtor Pedro A. Viera ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Jeanette F. Frankenberg
    on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Wilmington Trust National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for Wilmington Trust National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to L cmecf@sternlav.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin M. Buttery
    on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 kevin.buttery@pierferd.com

Laura M. Egerman
    on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Nathalie Rodriguez
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for Wilmington Trust National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to L nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Nathalie Rodriguez
    on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Wilmington Trust National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mo nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Shauna M Deluca
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for Wilmington Trust National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to L sdeluca@hasbanilight.com, hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 sdeluca@hasbanilight.com hllawpc@gmail.com

Sherri R. Dicks
    on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 sdicks@raslg.com shrdlaw@hotmail.com

Sindi Mncina
    on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE TO LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-17 smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren D. Levy
    on behalf of Debtor Pedro A. Viera atruss@keaveneylegalgroup.com r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.com;ccassie@KeaveneyLegalGroup.com

TOTAL: 18